# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 14, 2020

## NO. 03-19-00846-CV

**Flagstone Terrace Owners Association, Inc.; The Board of Directors of Flagstone Terrace Owners Association, Inc.; Meredith Woods; Ann Morse; Rudolph Di Santo; and Diane Lawrence, Appellants**

**v.**

**Robert Rene Flores, Individually and as Independent Executor of The Estate of Theodolinda Kaspar Flores and Recardo Roy Flores, Appellees**

---

### APPEAL FROM PROBATE COURT NO. 1 OF TRAVIS COUNTY
### BEFORE JUSTICES GOODWIN, KELLY, AND SMITH
### DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE GOODWIN

---

This is an appeal from the judgment signed by the trial court on August 5, 2019. Flagstone Terrace Owners Association, Inc.; The Board of Directors of Flagstone Terrace Owners Association, Inc.; Meredith Woods; Ann Morse; Rudolph Di Santo; and Diane Lawrence have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.